# EXHIBIT 2



UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Daniel Epstein
Freedom Through Justice Foundation
2111 Wilson Blvd. #700
Arlington, VA 22201

SEP 2 2 2011

Re: FOIA-2011-01431
Records pertaining to Guides
Concerning the Use of Endorsements
and Testimonials in Advertising

Dear Mr. Epstein:

This is in partial response to your September 6, 2011, request under the Freedom of Information Act for access to records pertaining to the Federal Trade Commission's Guides Concerning the Use of Endorsements and Testimonials in Advertising. In that request, you asked the Commission to grant a fee waiver for your request. We received your request in our FOIA office on September 7, 2011.

We are denying your request for a fee waiver because your request does not satisfy the FOIA's two-part test for a fee waiver. *See* 5 U.S.C. § 552 (a)(4)(A)(i) and (iii). Specifically, you failed to demonstrate that disclosure of the requested records will be "likely to contribute significantly to public understanding of the operations and activities of government." *Id*. We are placing your request on hold because you did not provide a fee agreement. If you would like us to continue processing your request, please contact the FTC FOIA Office by September 30, 2011, with a fee agreement or we will close your request.

If you are not satisfied with our denial of your request for a fee waiver, you may appeal by writing to Freedom of Information Act Appeal, Office of the General Counsel, Federal Trade Commission, 600 Pennsylvania Avenue, N.W., Washington, D.C. 20580, within 30 days of the date of this letter. Please enclose a copy of your original request and a copy of this response.

If you have any questions about the way we are handling your request or about the FOIA regulations or procedures, please contact Nathaniel Gray at (202) 326-3452.

Sincerely,

*Sarah M Mathias*

Sarah Mathias
Associate General Counsel