# EXHIBIT 4

# EXHIBIT 4



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Daniel Epstein
Freedom Through Justice Foundation
2111 Wilson Blvd. #700
Arlington, VA 22201

OCT 07 2011

Re:   FOIA-2011-01431
      Records pertaining to Guides
      Concerning the Use of Endrosements
      and Testimonials in Advertising

Dear Mr. Epstein:

This is in response to your September 26, 2011, asking the Commission to grant a fee waiver for your request. We received your request in our FOIA office on September 27, 2011.

We are denying your request for a fee waiver because you do not qualify for a fee waiver. See 5 U.S.C. § 552 (a)(4)(A)(i) and (iii). You have not proven that disclosure of the requested records to you will "be likely contribute significantly to the public understanding of the activities and operations of government." Id. Specifically, you have not demonstrated your ability disseminate information to the general public. Id; see also, FOIA Update, Vol. VII, No.1, at 7-8 ("OIP Guidance: New Fee Waiver Policy Guidance"). Additionally, we have determined that you are an "Other (General Public)" requestor under the FOIA and the Commission's rules of Practice. See 5 U.S.C. § 552(a)(4)(A)(ii)(III) and 16 C.F.R. § 4.8(b). In accordance with the Commission's Rules of Practice, 16 CFR 4.8(b)(6), we are providing you with 100 pages of records.

If you are not satisfied with our denial of your request for a fee waiver, you may appeal by writing to Freedom of Information Act Appeal, Office of the General Counsel, Federal Trade Commission, 600 Pennsylvania Avenue, N.W., Washington, D.C. 20580, within 30 days of the date of this letter. Please enclose a copy of your original request and a copy of this response.

If you have any questions about the way we are handling your request or about the FOIA regulations or procedures, please contact Nathaniel Gray at (202) 326-3452.

Sincerely,

Sarah Mathias

Sarah M. Mathias
Associate General Counsel