# EXHIBIT 7



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

December 2, 2011

Daniel Epstein
Cause of Action
2100 M St., Suite 170-247
Washington, DC 20037

RE: FOIA-2012-00227
Fee Waiver Requests

Dear Mr. Epstein:

This letter acknowledges the receipt of your Freedom of Information Act request dated November 30, 2011 for the documents listed below:

1. All fee waiver requests in which the FTC granted a fee waiver under the public interest exception from January 1, 2009 to present; and

2. All documents referring or relating to the process in which the FTC determined the FOIA requests identified in #1, above, were within the fee waiver exception.

In your request, you did not state your willingness to pay fees associated with the processing of this request. Please contact this office within ten calender days of the date of this letter with a fee agreement. In the meantime, we will place your request on hold. If you should have any questions regarding your request, please contact Nate Gray at (202) 326-3452. In any call or future correspondence concerning the request, please refer to the following case number FOIA-2012-00227.

Sincerely,

Sarah M. Mathias
Associate General Counsel