# EXHIBIT 10



United States of America
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

DEC 2 0 2011

Willard K. Tom
General Counsel

J. Keith Gates
Cause of Action
2100 M Street Suite 170-247
Washington DC 20037

Re: Freedom of Information Act Appeal (FOIA Request No. 2011-01431)

Dear Mr. Gates:

Thank you for your letter of December 12, 2011, which asked me to reconsider my November 29, 2011 determination of Tyler Martinez's appeal of the initial determination of his fee waiver request for your organization's Freedom of Information Act ("FOIA") request. In that determination, I denied Mr. Martinez's appeal in part because I concluded that your organization had not met its burden to show plans to disseminate the requested information to the public, as required under the FOIA.

In your letter, you disagreed with my conclusion that your organization had not provided adequate information about its dissemination plans. However, I continue to believe that your organization did not provide sufficient information about its plans to disseminate the requested information. As I noted in my determination, your organization did not describe the future work that will result from the disclosure of the requested materials. As also noted in my determination, the information provided to establish your organization's media contacts does not adequately show that the requested information would be conveyed to the general public. For that and the other reasons provided in my determination, I will not reconsider my denial of Mr. Martinez's appeal.

As I advised in my determination letter, judicial review of my decision of November 29, 2011 may be obtained in a United States District Court as set forth in 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Willard K. Tom
General Counsel