# EXHIBIT 14



United States of America
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Daniel Epstein
Cause of Action
2100 M Street, Suite 170-247
Washington, DC 20037

Re:   FOIA-2012-00687

Dear Mr. Epstein:

This is in response to your request dated February 27, 2012, under the Freedom of Information Act seeking access to:

1) All records relating to the drafting, formulation, and revision of the Guides Concerning the Use of Endorsements and Testimonials in Advertising concerning social media authors or bloggers between January 1, 2009 and September 6, 2011.[1]

2) All documents including e-mail communications, referring or relating to FTC orders, decisions, memoranda, interpretations, instructions, statements of policy, or guidelines to staff for the purposes of evaluating fee waiver requests under the public interest exception.

3) All documents including e-mail communications, referring or relating to the process by which FTC determined that Cause of Action was not entitled to a fee waiver for either its August 30, 2011 FOIA request or October 28, 2011 FOIA request.

In accordance with the FOIA and agency policy, we have searched our records, as of February 27, 2012, the date we received your request in our FOIA office.

We have located 92 pages of responsive records. As an "Other (General Public)" requestor under the FOIA and the Commission's rules of Practice, 5 U.S.C. § 552(a)(4)(A)(ii)(III) and 16 C.F.R. § 4.8(b), you are entitled to the first 100 pages of records free of charge. *See* 16 CFR 4.8(b)(6). I am granting partial access to and am enclosing copies of, the accessible records. There are sixteen pages that fall within the exemptions to the FOIA's disclosure requirements, as explained below.

Some responsive records contain staff analyses, opinions, and recommendations. Those portions are deliberative and pre-decisional and are an integral part of the agency's decision making process. They are exempt from the FOIA's disclosure requirements by FOIA Exemption 5.5 U.S.C. § 552(b)(5); *see NLRB v. Sears, Roebuck & Co.,* 421 U.S. 132 (1975). The work-product and analysis of staff are also exempt from disclosure requirements under FOIA

---

[1] Because this request for endorsement guide records between January 1, 2009-September 6, 2011, is a duplicate of FOIA 2011-01431, we are limiting our response to the second and third parts of your request for records.

Exemption 5 because they were prepared in anticipation of litigation. *See FTC v. Grolier, Inc.*, 462 U.S. 19 (1983).

In addition, the "statements of policy or guidelines" records you requested concerning fee waiver determinations are on the Federal Trade Commission's ("FTC") public record. A formal Freedom of Information Act request is not necessary to obtain this material. Specifically, the Federal Trade Commission's Freedom of Information Act & Privacy Act Handbook can be found on the FTC's website at: http://www.ftc.gov/foia/readingroom.shtm.

If you are not satisfied with this response to your request, you may appeal by writing to Freedom of Information Act Appeal, Office of the General Counsel, Federal Trade Commission, 600 Pennsylvania Avenue, N.W., Washington D.C. 20580, within 30 days of the date of this letter. Please enclose a copy of your original request and a copy of this response. If you believe that we should choose to disclose additional materials beyond what the FOIA requires, please explain why this would be in the public interest.

If you have any questions about the way we are handling your request or about the FOIA regulations or procedures, please contact Nathaniel Gray at (202) 326-3452.

Sincerely,

Dione J. Stearns
Assistant General Counsel