AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| CAUSE OF ACTION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:12-cv-00850-EGS |
| FEDERAL TRADE COMMISSION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cause of Action

Date: 09/06/2013

*Attorney's signature*

Daniel Z. Epstein, D.C. Bar No. 1009132
*Printed name and bar number*

Cause of Action
1919 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
*Address*

daniel.epstein@causeofaction.org
*E-mail address*

(202) 400-2720
*Telephone number*

(202) 330-5842
*FAX number*