# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5335**

**September Term, 2014**

FILED ON: AUGUST 25, 2015

CAUSE OF ACTION,
           APPELLANT

v.

FEDERAL TRADE COMMISSION,
           APPELLEE

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 10 / 19 / 2015

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Appeal from the United States District Court
for the District of Columbia
(No. 1:12-cv-00850)

Before: GARLAND, *Chief Judge*, BROWN, *Circuit Judge*, and SENTELLE, *Senior Circuit Judge*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Ken Meadows
Deputy Clerk

Date: August 25, 2015

Opinion for the court filed by Chief Judge Garland.

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By _____ Deputy Clerk