**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| CAUSE OF ACTION INSTITUTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 12-0850 (EGS) |
| | ) | |
| | ) | |
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL**
**UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Cause of Action Institute and Defendant Federal Trade Commission

(collectively "Parties") by and through their respective undersigned counsel, stipulate to the

following:

Dismissal of the above-captioned action under Federal Rule of Civil Procedure

41(a)(1)(A)(ii), with each Party to bear its own costs and fees.[1]

//


//


//

---

[1] The Clerk may administratively close this action because Rule 41(a)(1)(A) empowers a plaintiff to "dismiss an action without a court order." Alternatively, and to the extent that the Court prefers a proposed order, the Parties will provide one.

Dated: April 21, 2016

*/s/ Aram A. Gavoor*
ARAM A. GAVOOR
D.C. Bar No. 1023440
Cause of Action Institute
1875 Eye Street, NW
Suite 800
Washington, DC 20006
Tel.: (202) 499-2427
E-mail: aram.gavoor@causeofaction.org

Counsel for Plaintiff

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. BAR #415793
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

*/s/ Peter R. Maier*
PETER R. MAIER
D.C. Bar # 966242
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington D.C. 20530
(202) 252-2578
Peter.Maier2@usdoj.gov

Counsel for Defendant